FILED: October 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-2002
(3:26-cv-00042-RCY)

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections

Defendant - Appellee

and

COMMON CAUSE; KATHERINE ELLENA; NAACP VIRGINIA STATE CONFERENCE; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE

Intervenors – Appellees

------------------------------

HISTORIANS J. MORGAN KOUSSER, ORVILLE VERNON BURTON, AND JAMES PEYTON MCCRARY

Amici Supporting Appellees

## O R D E R

Historians J. Morgan Kousser, Orville Vernon Burton, and James Peyton McCrary have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk