FILED: October 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2002
(3:26-cv-00042-RCY)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

STEVEN KOSKI, in his Official Capacity as Commissioner of the Virginia Department of Elections

Defendant - Appellee

and

COMMON CAUSE; KATHERINE ELLENA; NAACP VIRGINIA STATE CONFERENCE; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE

Intervenors - Appellees

------------------------------

HISTORIANS J. MORGAN KOUSSER, ORVILLE VERNON BURTON, AND JAMES PEYTON MCCRARY; DEMOCRATIC NATIONAL COMMITTEE; LAWYERS COMMITTEE FOR CIVIL RIGHTS; NATIONAL URBAN LEAGUE; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; ASIAN LAW CAUCUS

Amici Supporting Appellee

# O R D E R

Democratic National Committee; Lawyers' Committee for Civil Rights Under Law, National Urban League, League of United Latin American Citizens, and Asian Law Caucus have filed amicus curiae briefs with the consent of the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk